MAHONING COUNTY BAR ASSOCIATION *v.* COYLE.

[Cite as *Mahoning Cty. Bar Assn. v. Coyle* (1997), 80 Ohio St.3d 278.]

(No. 97–1286—Submitted August 26, 1997—Decided November 19, 1997.)

*Jay Tims* and *John T. Dellick,* for relator.

*Per Curiam.* We adopt the findings, conclusion, and recommendations of the board. Respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.